IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEREMY MONCREASE, Individually, and on Behalf of Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-15-CA-0951-FB |
| KEANE GROUP, LLC, JAMES STEWART, Individually and as an Officer of KEANE GROUP, LLC; PAUL DEBONIS, Individually and as an Officer of KEANE GROUP, LLC; and GREGORY L. POWELL, Individually and as an Officer of KEANE GROUP, LLC, | § § § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice filed May 27, 2016 (docket #28). The parties advise they have reached a settlement of all claims asserted in the pending case, ask the Court to review and approve the proposed Settlement as fair and reasonable, and based upon the attached Settlement, stipulate to the dismissal of plaintiff's claims with prejudice. Having considered the pleadings and having reviewed the parties' joint motion for approval of settlement, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1.      The Court ACCEPTS and APPROVES the proposed Settlement and holds that the proposed settlement submitted by the parties is a fair and reasonable settlement of a *bona fide* dispute over the provisions of the Fair Labor Standards Act;

2.      The Court ORDERS that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement;

3.    This case is DISMISSED WITH PREJUDICE with each party to bear his/its own attorneys' fees and costs except as otherwise provided by the Settlement Agreement. Motions pending, if any, are DISMISSED as moot; all pending deadlines are stricken as moot, and this case is CLOSED; and

4.    This Court shall retain jurisdiction to enforce the parties' settlement agreement.

It is so ORDERED.

SIGNED this 31st day of May, 2016.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE